IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY GRANT KIRBY,

    Petitioner,                     No. 2:11-cv-3362 JAM EFB P

   vs.

G.D. LEWIS,

    Respondent.                <u>ORDER</u>

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for copies of lodged documents. Dckt. No. 22.

     The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress. *Tedder v. Odel*, 890 F.2d 210 (9th Cir. 1989). The in forma pauperis statute does not authorize the expenditure of public funds for copies of court records. *See* 28 U.S.C. § 1915. The court will therefore deny petitioner's request.

     Petitioner may, however, receive copies of specific lodged documents from the court at $.50 per page. Checks in the exact amount should be made payable to "Clerk, USDC."

////

////

1   Accordingly, it is ORDERED that petitioner's request for copies, Dckt. No. 22, is denied.
2   The Clerk is directed to send petitioner a copy of Docket Number 11.
3   Dated: July 12, 2012.

                                    _____
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE