IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY KIRBY,

    Petitioner,                    No. 2:11-cv-3362 JAM EFB P

    vs.

G.D. LEWIS,

    Respondent.              ORDER

                            /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 27, 2012, petitioner requested this action be stayed pending the issuance of a decision on a habeas petition he filed in the California Supreme Court in December 2011. Dckt. No. 12. A review of the California Supreme Court's docket shows that petitioner filed a habeas petition in the California Supreme Court on December 19, 2011. The California Supreme Court denied the petition in that case, No. S198836, on April 18, 2012.[1] Petitioner's motion to stay is therefore denied as moot.[2]

---

[1] A court may take judicial notice of court records. *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

[2] Petitioner filed an second motion to stay. Dckt. No. 16. That motion is denied for the same reason as his first motion to stay.

1

1    Respondent has filed an answer to the petition, and petitioner has submitted a traverse.
2 The matter will stand submitted for decision.
3    So ordered.
4 DATED: August 2, 2012.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE