1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RUDY KIRBY,

11          Petitioner,                    No. 2:11-cv-3362 JAM EFB P

12       vs.

13   G.D. LEWIS,

14          Respondent.              ORDER

15   _____/

16       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.  On February 27, 2012, petitioner requested this action be stayed pending the

18   issuance of a decision on a habeas petition he filed in the California Supreme Court in December

19   2011.  Dckt. No. 12.  A review of the California Supreme Court's docket shows that petitioner

20   filed a habeas petition in the California Supreme Court on December 19, 2011.  The California

21   Supreme Court denied the petition in that case, No. S198836, on April 18, 2012.[1]  Petitioner's

22   motion to stay is therefore denied as moot.[2]

23

24       [1] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*,
     803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).
25
       [2] Petitioner filed an second motion to stay.  Dckt. No. 16.  That motion is denied for the
26   same reason as his first motion to stay.

1

1          Respondent has filed an answer to the petition, and petitioner has submitted a traverse.

2     The matter will stand submitted for decision.

3          So ordered.

4     DATED:  August 2, 2012.

5                                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2